UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| NATIONWIDE ASSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-CV-163 |
| | ) | |
| KING OF KINGS, LLC, | ) | Judge Curtis L. Collier |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

Before the Court are two joint motions by the parties to remand this case to state court on the grounds that removal was improper under 28 U.S.C. § 1441(b)(2). (Docs. 9, 10.) The joint motions are **GRANTED**. The Court **REMANDS** this case to the Chancery Court for Knox County, Tennessee.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ *LeAnna Wilson*
    CLERK OF COURT